No. 02–408. FARROW v. POTTER, POSTMASTER GENERAL. C. A. 11th Cir. Certiorari denied.

No. 02–413. TAG INVESTMENTS ET AL. v. MATRIX PROPERTIES CORP. (three judgments). Sup. Ct. N. D. Certiorari denied.

No. 02–415. MEDINA VIRGEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–432. MARKOWSKI v. SECURITIES AND EXCHANGE COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 02–439. KLINE v. INTERNAL REVENUE SERVICE. C. A. 10th Cir. Certiorari denied.

No. 02–440. SHALOM v. UNITED STATES; and MORDEHAI v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 35 Fed. Appx. 855.

No. 02–444. HARRIS v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 02–467. CURTIS ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–483. UDOGWU ET UX. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–5113. RAMSEY v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 02–5119. BROOKS v. MICHIGAN DEPARTMENT OF CORRECTIONS. Sup. Ct. Mich. Certiorari denied.

No. 02–5342. BISHOP v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 02–5374. BURGESS v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 02–5586. PHILLIPS v. WOODFORD, WARDEN. C. A. 9th Cir. Certiorari denied.